GRACE HILL v. MICHAEL NEWMAN AND
GRANT FURNITURE OF NEW JERSEY.

February 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES LATHAM.

February 26, 1974. Petition for certification denied.

PHELPS DODGE COPPER PRODUCTS CORPORATION v.
HERMAN LOZOWICK TRUCKING CO.

February 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. SAMMIE FITZPATRICK.

February 26, 1974. Petition for certification denied.

BOARD OF EDUCATION OF PASSAIC v.
BOARD OF EDUCATION OF TOWNSHIP OF WAYNE.

February 26, 1974. Petition for certification denied.

VILLAGE OF SOUTH ORANGE v. EDWARD APPLEGATE.

February 26, 1974. Petition for certification denied.